**FILED**
October 4, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                      Plaintiff,            )<br>v.                                                     )<br>                                                          )<br>KAWIKA MARK MADEIROS,       )<br>                                                          )<br>                      Defendant.         ) | Case No. MAG. 10-0292-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KAWIKA MARK MADEIROS, Case No. MAG. 10-0292-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $75,000.00

       _X_   Unsecured Appearance Bond

       \_\_\_\_   Secured Appearance Bond

       _X_   (Other) Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10-04-10  at _2:5?pm_.

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge